STATE OF CONNECTICUT *v.* DEXTER LEE

The defendant's petition for certification for appeal from the Appellate Court, 32 Conn. App. 84 (AC 10836), is denied.

*Christine Perra,* special public defender, in support of the petition.

*Marjorie Allen Dauster,* assistant state's attorney, in opposition.

Decided September 24, 1993

ARTHUR J. DAVIS *v.* WARDEN, STATE PRISON

The petitioner Arthur J. Davis' petition for certification for appeal from the Appellate Court, 32 Conn. App. 296 (AC 11789), is denied.

*William M. Bloss,* in support of the petition.

*Susann E. Gill,* supervisory assistant state's attorney, in opposition.

Decided September 24, 1993

THE RIDGEBURY GROUP *v.* JOSEPH MITCHELL

The plaintiff's petition for certification for appeal from the Appellate Court, 31 Conn. App. 938 (AC 11742), is denied.

*Joseph Mitchell,* pro se, in support of the petition.

*Christopher G. Winans,* in opposition.

Decided October 5, 1993